United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. JOHNSON, | No. C 10-01747 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| BODE CONCRETE, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Dismiss before Magistrate Judge Spero previously noticed for July 16, 2010, at 9:30 a.m., has been reset to **August 13, 2010, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be filed by **June 25, 2010**, and the reply brief shall be filed by **July 2, 2010**.

YOU ARE HEREBY FURTHER NOTIFIED that the Case Management Conference noticed for August 13, 2010, at 1:30 p.m., has been advanced to **THE SAME DAY AT 9:30 a.m.** The joint case management conference statement shall be due by **August 6, 2010.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: June 23, 2010

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*

|   |   |
|---|---|
| 1 | Karen L. Hom |
| 2 | Courtroom Deputy |

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28