MICHAEL D. BRUNO (SBN: 166805)
MARK S. POSARD (SBN: 208790)
RACHEL M. PUSEY (SBN: 224880)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: 9415) 986-8054
mposard@gordonrees.com

Attorneys for Defendants
BODE CONCRETE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. JOHNSON, IN PRO PER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BODE CONCRETE LLC, et al,<br><br>　　　　　Defendants. | CASE NO. CV 10-1747 JCS<br><br>**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　August 13, 2010<br>Time:　9:30 a.m.<br>Judge:　Hon. Joseph C. Spero<br>Courtroom: A, 15th Floor |

TO PLAINTIFF PRO SE WILLIAM L. JOHNSON: PLEASE TAKE NOTICE that on June 1, 2010, William L. Johnson was served with Defendants' Motion to Dismiss, on file with the Court, set for hearing on July 16, 2010. Any opposition to the motion was due by e-filing on June 25, 2010 (or by hand delivery on the same date). However, no opposition was filed. Defendants submit by his non-opposition, Mr. Johnson concedes the merits of Defendants' Motion and request that an Order issue granting the motions to dismiss and strike the Complaint.

Dated: June 28, 2010

GORDON & REES, LLP

By:　　*/s/ Mark S. Posard*
Mark S. Posard
Attorneys for Defendant
BODE CONCRETE, LLC and BODE GRAVEL, INC.