# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 10-01747 JCS

**CASE NAME:** WILLIAM L. JOHNSON v. BODE CONCRETE

**MAGISTRATE JUDGE JOSEPH C. SPERO**         **COURTROOM DEPUTY:** Karen Hom

**DATE:** August 13, 2010         **TIME:** 10 M         **COURT REPORTER:** Sahar McVickar

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
William Johnson, pro se            Rachel M. Pusey

**PROCEEDINGS:**                                                **RULING:**

1. Dft's Motion to Dismiss [Docket No. 11]         Granted with leave to amend
2. Case Management Conference                     Not held

**ORDERED AFTER HEARING:**

Plaintiff shall file an amended complaint on or before 11/12/10.

**ORDER TO BE PREPARED BY:**         () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:** 11/12/10 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| **Motions Hearing:** at 9:30 a.m. | | **Pretrial Conference:** at 1:30 p.m. |
| **Trial Date:** at 8:30 a.m.  ()Jury  ()Court | Set for | days |

cc:    Chambers; Karen
* (T) = Telephonic Appearance