UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. JOHNSON,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BODE CONCRETE,<br><br>    Defendant(s).<br>_____/ | No. C 10-01747 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on November 12, 2010, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **December 3, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on November 12, 2010, for failure to prosecute, and for failure to file an amended complaint. A case management conference is also scheduled for December 3, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 15, 2010

                                                        JOSEPH C. SPERO<br>
                                                        United States Magistrate Judge

United States District Court<br>For the Northern District of California